UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | MAGISTRATE JUDGE NO. 2:14-MJ-01068-1 |
| | § | |
| JAFRI NADEEM | § | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above Defendant has testified under oath or has otherwise satisfied this Court that he or she is financially unable to employ counsel, and does not wish to waive counsel. Because the interests of justice so require, the Federal Public Defender of this District is hereby appointed, pursuant to the provisions of the Criminal Justice Act, to represent said Defendant in this case. An appointment by a Magistrate Judge shall remain in effect if the case proceeds to District Court.

Preliminary and Detention hearings are scheduled for: **October 14, 2014 at 8:00 a.m.** Defendant speaks English and will not require the services of an interpreter. Counsel will be notified electronically via CM/ECF.

ORDERED this 8th day of October, 2014.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE